**TOBLY et al. v. MOZER et al.**

No. 10585—Opinion Filed April 4, 1922.

Error from District Court, Grady County; Will Linn, Judge.

Action between Willis Tobly and others and Frederick M. Mozer, Kate M. Holley, and William Holschuh. From order of court, the former bring error. Appeal dismissed.

Cliff V. Peery and Robert E. Lee, for plaintiffs in error.

Bond, Melton & Melton, for defendants in error.

McNEILL, J. The appeal in the above entitled case is dismissed upon authority of the case of Tobly v. Dekinder et al., No. 10584, this day decided, 85 Okla. 288, 206 Pac. 201.

HARRISON, C. J., and PITCHFORD, ELTING, and NICHOLSON, JJ., concur.